SEPTEMBER 7, 1965

No. 69538.—Appeal 5169.—John V. Carr & Son, Inc. v. United States.—
—A.R.D. 165 affirmed May 20, 1965. C.A.D. 860.